In the Matter of CHENDO O. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DORIS N. A., Appellant. [718 NYS2d 694] —Order unanimously affirmed without costs for reasons stated at Erie County Family Court, Mix, J. (Appeal from Order of Erie County Family Court, Mix, J.—Vacate Judgment.) Present—Pigott, Jr., P. J., Hurlbutt, Kehoe and Lawton, JJ.